**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2018-CA-0360

Pontchartrain Natural Gas System, k/d/s Promix, L.L.C., and
Acadian Gas Pipeline System

- - Versus - -

Texas Brine Company, LLC

23rd Judicial District Court
Case #: 34265
Assumption Parish

On Application for Rehearing filed 07/17/2019 by Texas Brine Company

Rehearing _____ **DENIED** _____

_____
Toni Manning Higginbotham

_____
William J. Crain

_____
Allison H. Penzato

Date ___ **AUG 0 7 2019** _____

_____
Rodd Naquin, Clerk